# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MINSCH,<br><br>          Plaintiff,<br><br>   vs.<br><br>KILOLO KIJAKAZI,<br><br>Commissioner of Social Security,<br><br>Social Security Administration, | Case No.1:23-cv-00743-JLT-HBK<br><br>**ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL JUSTICE ACT, 28 § 2412(d)** |

Based upon the Joint Motion for Settlement of Attorney Fees Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d):

**IT IS ORDERED** that fees in the amount of $1,174.75 as authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Joint Motion.

IT IS SO ORDERED.

Dated:   **August 1, 2023**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE